

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00028-CV |
| | § | Appeal from the |
| IN THE MATTER OF THE ESTATE OF JOSHUA DANIEL TOVAR, DECEASED. | § | Probate Court Number 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2021-CPR01440) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF MARCH, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.